113 A.3d 1228

**Shamel JONES, Appellant**

**v.**

**John E. WETZEL, Secretary of Pennsylvania Department of Corrections, Appellee.**

Supreme Court of Pennsylvania.

March 25, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of March, 2015, the Order of the Commonwealth Court is hereby AFFIRMED.